IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

ROBERT MOORE,

        Petitioner,

v.

        Case No.    5D22-229
        LT Case No. 2007-CF-127

STATE OF FLORIDA,

        Respondent.

_____/

Opinion filed May 20, 2022

Petition for Writ of Habeas Corpus,
A Case of Original Jurisdiction.

Robert Moore, Crawfordville, pro se.

No Appearance for Respondent.

PER CURIAM.

      Due to Petitioner's apparent abuse of the legal process by his abusive, repetitive, malicious, or frivolous pro se filings attacking his judgment and sentence in Citrus County Circuit Court Case Number 2007-CF-127, this court issued an order directing Petitioner to show cause why he should not be prohibited from future pro se filings. See State v. Spencer, 751 So. 2d 47, 48 (Fla. 1999). Having carefully considered the response and finding it fails

to show cause why sanctions should not be imposed, we conclude that Petitioner is abusing the judicial process and should be barred from further pro se filings.

In order to conserve judicial resources, Petitioner is prohibited from filing with this court any further pro se filings concerning Citrus County Circuit Court Case No. 2007-CF-127. The Clerk of this court is directed not to accept any further pro se filings concerning the referenced case. The Clerk will summarily reject any future filings regarding the referenced case unless filed by a member in good standing of The Florida Bar. See Isley v. State, 652 So. 2d 409, 411 (Fla. 5th DCA 1995) ("Enough is enough."). The Clerk is further directed to forward a certified copy of this opinion to the appropriate institution for consideration of disciplinary proceedings. See § 944.279(1), Fla. Stat. (2019); Simpkins v. State, 909 So. 2d 427, 428 (Fla. 5th DCA 2005).

Future Pro Se Filings PROHIBITED.

EDWARDS, EISNAUGLE and NARDELLA, JJ, concur.